**Electronically Filed
Supreme Court
SCWC-19-0000718
18-MAY-2021
04:21 PM
Dkt. 9 ODAC**

SCWC-19-0000718

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

RAUL MANUEL RIOS, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000718; CASE. NO. 1DTA-19-01049)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins
JJ.)

Petitioner/Defendant-Appellant Raul Manuel Rios's application for writ of certiorari filed on April 27, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, May 18, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

